Boyd *v.* Boyd et al.

Atkinson, J. 1. Under the ruling in *Ford* v. *Clark,* 129 *Ga.* 292 (58 S. E. 818), the allegations of the petition contained sufficient grounds to set aside the judgment complained of; and the court committed no error in overruling the demurrer.

2. The evidence submitted was sufficient to authorize the court to set aside the judgment.

*Judgment affirmed. All the Justices concur.*
September 30, 1910.

Motion to set aside judgment. Before Judge Kimsey. Hall superior court. July 21, 1909.

*G. H. Prior* and *J. G. Collins,* for plaintiff in error.

*H. H. Dean,* contra.